UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| versus § | Criminal V-16-77(1) |
| § | |
| RAMON DELACRUZ § | |

## ORDER FOR PRE-SENTENCE INVESTIGATION AND DISCLOSURE & SENTENCING DATES

**The defendant has been found guilty on count(s)** __1__ . **A pre-sentence report shall be prepared.**

1. The initial pre-sentence report shall be disclosed to counsel by **May 18, 2017.**

2. Counsel shall file objections in writing to the facts of the offense and application of the sentencing guidelines *or* a statement that there is no objection by **June 1, 2017.**

3. The probation officer shall submit to the judge the final pre-sentence report with an addendum addressing contested issues by **June 15, 2017.**

4. Sentencing is set for **July 6, 2017** at _3:00_ p.m.

5. In order for counsel to attend interviews with the defendant, counsel must advise the United States Probation Officer immediately. Oral requests must be confirmed by written notice to the U.S. Probation Office within 5 days.

6. A defendant who is allowed to remain on bond must take a copy of this order immediately to:

    UNITED STATES PROBATION OFFICE
    312 SOUTH MAIN STREET, ROOM 302
    VICTORIA, TEXAS 77901

If the Defendant receives this order after 5:00 p.m., he/she must report to the U.S. Probation Office no later than 10:00 a.m. on the next workday. If unable to keep this appointment, contact U.S. Probation Office at 361-579-6640.

April _7_, 2017
Date

John D. Rainey
Senior United States District Judge